IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CRIM. NO.: 19 CR 414 |
| BAHAA DAWARA | : | |

## NOTICE OF APPEAL

Notice is hereby given that Bahaa Dawara, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order dated January 13, 2020 denying his Motion to Vacate Pretrial Detention Order and to Set Conditions of Release.

Pursuant to Rule 9 (a)(1) of the Federal Rules of Appellate Procedure a copy of the District Court's Order and statement of reasons is appended hereto.

/s/ Gerald A. Stein

_____
GERALD A. STEIN, ESQUIRE
Attorney for Appellant
1500 Market Street, Suite 2727
Philadelphia, PA 19102
(215) 665-1130

## CERTIFICATION OF SERVICE

      Gerald A. Stein, Esquire, hereby certifies that a true and correct copy of the within Notice of Appeal has been served by first class mail on Jeanine Linehar, Esquire, Assistant United States Attorney, 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106-4476 and Chief Judge Juan Sanchez, Federal Courthouse, 601 Market Street, Philadelphia, PA 19106.

                                              /s/ Gerald A. Stein

                                              GERALD A. STEIN, ESQUIRE
                                              Centre Square West, Suite 2727
                                              1500 Market Street
                                              Philadelphia, PA 19107
                                              (215)665-1130

Dated: January 24, 2020