# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-046-E

No. 20-1190

## UNITED STATES OF AMERICA

v.

## BAHAA DAWARA,
Appellant

(E.D. Pa. No. 2-19-cr-00414-002)

Present:  JORDAN, KRAUSE, and MATEY, <u>Circuit Judges</u>

1. Motion by Appellant to Vacate Pretrial Detention Order and Set Conditions of Release

2. Response by Appellee in Opposition to Appellant's Motion to Vacate Pretrial Detention Order and Set Conditions of Release

Respectfully,
Clerk/ARR

_____ORDER_____

The foregoing motion is denied.

By the Court,

<u>s/ Cheryl Ann Krause</u>
Circuit Judge

Dated:      May 4, 2020
MB/cc:     Katherine Driscoll, Esq.
           Jeanine Linehan, Esq.
           Gerald A. Stein, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate