# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal No. 19-414-02** |
| **BAHAA DAWARA** | : | |

### O R D E R

AND NOW, this _____ day of _____, 2021, upon consideration of the government's motion pursuant to 28 U.S.C. § 2041 for entry of an Order authorizing the Clerk of Court to accept and maintain on deposit a payment for the defendant's criminal monetary penalties, including anticipated restitution, and, for cause shown, the Court concludes that it should grant the motion, and, therefore, it is hereby

ORDERED that the Motion of United States of America to Authorize the Prepayment of Criminal Monetary Penalties is GRANTED; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2041, the defendant is authorized to pay over to the Clerk of Court, and the Clerk of Court is authorized to accept, payment of his criminal monetary penalties, including anticipated restitution, that the Court may impose in this case. The Clerk of Court is authorized to maintain such funds in an interest-bearing account until further order.

_____
**HONORABLE JUAN R. SANCHEZ**
**Chief United States District Judge**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 19-414-02 |
| BAHAA DAWARA | : |

**MOTION OF UNITED STATES OF AMERICA
TO AUTHORIZE THE PREPAYMENT
OF CRIMINAL MONETARY PENALTIES**

Pursuant to 28 U.S.C. § 2041, the United States of America, by its attorneys, moves for entry of an Order authorizing the Clerk of Court to accept and maintain on deposit a payment for the defendant's criminal monetary penalties, including anticipated restitution, that this Court may impose in this case. In support of this motion, the government avers as follows:

1. On or about July 18, 2019, the grand jury for this district returned an indictment charging Imad Dawara and Bahaa Dawara with: (1) conspiracy to commit arson, in violation of 18 U.S.C. § 844(n); (2) conspiracy to use fire to commit a federal felony, In violation of 18 U.S.C. § 844(m); (3) malicious damage by means of fire of a building used in interstate commerce, in violation of 18 U.S.C. § 844(i); (4) wire fraud, in violation of 18 U.S.C. § 1343; (5) mail fraud, in violation of 18 U.S.C. § 1341; (6) use of fire to commit federal felony, in violation of 18 U.S.C. § 844(h); and (7) aiding and abetting, in violation of 18 U.S.C. §§ 2(a), (b).

2. Defendant Bahaa Dawara intends to sell his interest in certain real properties. The defendant also has agreed to remit to this Court the net proceeds he is scheduled to receive from the sale of these properties to be applied as payment for any criminal monetary penalties, *i.e.*, special assessment, restitution, and/or criminal fine, that this Court may impose against him in this case.

3. The Clerk of Court requires an Order to properly accept and maintain these funds on deposit.

4. Pursuant to 28 U.S.C. § 2041, the defendant is authorized to pay such funds into the Court and the Clerk of Court is authorized to accept and hold such funds in a designated depository account.

5. Pursuant to Section 2041, the government requests this Court to authorize the Clerk of Court to accept and maintain on deposit in an interest-bearing account funds paid by the defendant for criminal monetary penalties that this Court may impose against the defendant in this case.

6. The government submits that the requested relief is necessary and proper. The requested relief will enable the Clerk of Court to maintain funds on deposit, preserve these funds for payment of any criminal monetary penalties that this Court may impose, and enable the defendant to pay these penalties in a timely manner, including restitution.

7. The government specifically requests that this Court authorize the Clerk of Court to maintain these funds in an interest-bearing account until further order.

- 3 -

WHEREFORE, for the reasons stated above, the government requests that this Court grant the motion.

                        Respectfully submitted,

                        JENNIFER ARBITTIER WILLIAMS
                        Acting United States Attorney

                        */s/  Jeanine Linehan*
                        JEANINE LINEHAN
                        Assistant United States Attorney
                        Chief, Violent Crimes and Firearms Section

                        */s/  Joseph F. Minni*
                        JOSEPH F. MINNI
                        Assistant United States Attorney
                        Deputy Chief, Asset Recovery and Financial Litigation Section

                        */s/  Katherine Driscoll*
                        KATHERINE DRISCOLL
                        Assistant United States Attorney

Date:  February 8, 2021.

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that a true and correct copy of the MOTION OF UNITED STATES OF AMERICA TO AUTHORIZE THE PREPAYMENT OF CRIMINAL MONETARY PENALTIES was filed electronically (and thus is available for viewing and downloading from the ECF system) and served on the following:

>Gerald A. Stein, Esquire
>1500 Market Street
>Suite 2727, Centre Square West
>Philadelphia, PA 19102-2146

>_/s/ Joseph F. Minni_
>JOSEPH F. MINNI
>Assistant United States Attorney

Date: February 8, 2021.