IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Date of Notice: |
| : | February 17, 2021 |
| vs. : | |
| : | Criminal No.  19-414-2 and 20-104-2 |
| BAHAA DAWARA #69940-066 : | |
| FDC Philadelphia : | |
| P.O. Box 562 : | |
| Philadelphia, PA  19105 : | |
| **FEDERAL CUSTODY** : | |

## NOTICE

**TAKE NOTICE** that the above-entitled case has been set for **CHANGE OF PLEA** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Thursday, February 25, 2021,** at **9:00 A.M.** before the Honorable Juan R. Sánchez, in **Courtroom 6A.**

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

/s/Nancy E. DeLisle

Nancy E. DeLisle
Deputy Clerk to Chief Judge Sánchez
267-299-7789

.
NO INTERPRETER REQUIRED

Notice to:
| | |
|---|---|
| Defendant | (via MAIL) |
| Gerald Stein, Esq.     (via EMAIL) | |
| Jeanine Linehan, AUSA | (via EMAIL) |
| U.S. Marshal | (via EMAIL) |
| Probation Office | (via EMAIL) |
| Pretrial Services | (via EMAIL) |
| Crystal Wardlaw | (via EMAIL) |