IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal No. 19-414-02** |
| **BAHAA DAWARA** | : | |

## O R D E R

AND NOW, this 1st day of March, 2021, upon consideration of the government's motion pursuant to 28 U.S.C. § 2041 for entry of an Order authorizing the Clerk of Court to accept and maintain on deposit a payment for the defendant's criminal monetary penalties, including anticipated restitution, and, for cause shown, the Court concludes that it should grant the motion, and, therefore, it is hereby

ORDERED that the Motion of United States of America to Authorize the Prepayment of Criminal Monetary Penalties is GRANTED; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2041, the defendant is authorized to pay over to the Clerk of Court, and the Clerk of Court is authorized to accept, payment of his criminal monetary penalties, including anticipated restitution, that the Court may impose in this case. The Clerk of Court is authorized to maintain such funds in an interest-bearing account until further order.

/s/Juan R. Sanchez
**HONORABLE JUAN R. SANCHEZ**
**Chief United States District Judge**