IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal No. 19-414-02 |
| : | 20-104-02 |
| BAHAA DAWARA : | |

RESTITUTION ORDER

AND NOW, this \_28th\_\_\_\_\_ day of June, 2021, this matter having come before the Court for sentencing in the above-referenced cases, and, the defendant having appeared with counsel, and the Court having considered the arguments presented by the government and the defendant with respect to the imposition of restitution, and the parties also having entered into an agreement providing for the imposition of restitution, the Court finds the following:

1. The provisions of the Mandatory Victims Restitution Act, 18 U.S.C. §§ 3663A, *et seq*. ("MVRA"), apply to sentencing in this case.

2. The defendant agrees to the imposition of restitution as set forth in this Order concerning the counts of conviction in these cases.

NOW, THEREFORE, it is hereby ORDERED as follows:

1. <u>Criminal No. 19-414</u>: In accordance with 18 U.S.C. § 3663A(a)(3), the defendant shall pay restitution in the total amount of $22,000.000.00, which shall be paid as follows:

  a. Restitution shall be joint and several with restitution imposed against co-defendant Imad Dawara in Criminal No. 19-414-01.

  b. The government shall submit to the Court a list of victims and other parties to receive restitution, which the Clerk of Court shall maintain under seal and shall not disclose absent a Court Order, except upon request by counsel for the government or the United States Probation Office for this district.

  c. The Clerk of Court shall disburse restitution in the following order and priority:

    i. First, to those victims identified in Sections One and Two of the List of Restitution Payees submitted by the government.

    ii. Second, after payment in full to those victims listed in subparagraph (i), above, and in accordance with 18 U.S.C. § 3664(i), the Clerk of Court shall disburse restitution to the victim identified in Section Three of the List of Restitution Payees submitted by the government.

    iii. Third, after payment in full to those victims listed in subparagraphs (i) and (ii), above, and in accordance with 18 U.S.C. § 3664(j)(1), the Clerk of Court shall disburse restitution to the victim identified in Section Four of the List of Restitution Payees submitted by the government.

  d. In accordance with 28 U.S.C. § 2042, the Clerk of Court is authorized to apply toward the criminal monetary penalties imposed in this case, and disburse according to law, all funds previously paid over by the defendants and maintained on deposit with the Court.

2. <u>Criminal No. 20-104</u>: The defendant shall pay restitution as follows:

    a. $209,727.00 to the Internal Revenue Service, which shall be joint and several with restitution imposed Criminal No. 20-104-02.

    b. The Clerk of Court shall make no payments toward this debt until restitution imposed in Criminal No. 19-414 is paid in full.

3. After considering the financial resources of the defendant, other assets owned by the defendant, the defendant's projected earnings and other sources of income, and financial obligations of the defendant, in accordance with 18 U.S.C. § 3664(f)(2), the defendant shall pay restitution as follows:

    a. Pursuant to his agreement with the government, within 90 days of sentencing the defendant and his co-defendant shall have paid a total of $1,000,000.00 toward restitution.

    b. While incarcerated, the defendant agrees to participate in the Inmate Financial Responsibility Program administered by the Bureau of Prisons. During this time, the defendant shall pay restitution at the rate of not less than $25.00 per quarter.

    c. Within 30 days after commencement of supervised release, the defendant shall pay restitution at the rate of $500.00 per month.

    d. The payment of restitution is due immediately.

4. The interest requirement for restitution is waived.

5. The defendant shall forward all restitution payments, by check, money order, bank check, or certified funds, payable to the "Clerk, U.S. District

Court," to the Clerk, United States District Court, 2609 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1797 (Attn: Financial Manager).

6.     The defendant shall not liquidate, sell, transfer, encumber, or assign his interest in any property unless it is pursuant to guilty plea agreement, in direct service of the restitution obligation, or otherwise has the express approval of the Court.

7.     Within 30 days, the defendant shall notify the Clerk of Court and the United States Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476 (Attn: Financial Litigation Unit) of any change of name, residence, or mailing address, or any material change in financial resources that affects ability to pay restitution.

      /s/Juan R. Sanchez
**HONORABLE JUAN R. SANCHEZ**
**Chief United States District Judge**